RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

APR 08 2015

FILED_____
DOCKETED_____
DATE    INITIAL

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICHAEL G. SCHWERN,<br><br>            PlaintiffPlaintiff - Appellee,<br><br>    v.<br><br>NÓIRÍN PLUNKETT,<br><br>            DefendantsDefendant - Appellant | No. 14-35576<br><br>D.C. No.: 3:14-cv-00146-PK<br>District of Oregon, Portland Division<br><br>**APPELLANT'S JOINDER TO ALREADY FILED BRIEFS** |

Defendant-Appellant Nóirín Plunkett hereby notifies the Court and the Plaintiff-Appellee of her joinder to the already-filed opening and reply briefs.

Dated: April 6th 2015

*N Plunkett*

Nóirín Plunkett,
Defendant-Appellant

**PAGE 1 – APPELLANT'S JOINDER TO ALREADY FILED BRIEFS**

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

APR 08 2015

FILED
DOCKETED
DATE        INITIAL

# CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing **APPELLANT'S JOINDER TO ALREADY FILED BRIEFS** on April 6, 2015, with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by prepaid, first-class mail addressed as follows:

> Molly Dwyer, Clerk of Court
> Office of the Clerk
> U.S. Court of Appeals for the Ninth Circuit
> P.O. Box 193939
> San Francisco, CA 94119-3939

I further certify that I served a true copy of the foregoing **APPELLANT'S JOINDER TO ALREADY FILED BRIEFS** on April 6, 2015, on counsel for the Plaintiff-Appellee by prepaid, first-class mail addressed as follows:

> Bear Wilner-Nugent
> 620 SW 5th Ave Ste 1008
> Portland OR 97204

DATED: April 6, 2015

NPlunkett
Nóirín Plunkett,
Defendant-Appellant

PAGE 2 – APPELLANT'S JOINDER TO ALREADY FILED BRIEFS